

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-18-00559-CV

**IN RE** Kishan Kumar **MANTGANI**

Original Mandamus Proceeding[1]

### ORDER

On August 9, 2018, relator filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition and the response, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Oscar J. Hale, Jr. is ORDERED to vacate his June 25, 2018 "Order Accepting Recommendation of Associate Judge and Amending Previous Order of Associate Judge" within fifteen days from the date of this order. The writ will issue only if we are notified that Judge Hale has not complied within fifteen days from the date of this order.

It is so **ORDERED** on November 7, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CVG-002787-D4, styled *In the Matter of the Marriage of San Juanita Barajas Mantgani and Kishan Kumar Mantgani*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.